```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 11561
   LILLIE J MORDICA
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2662


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/14/06 and confirmed on 01/12/07.

   2.  The case was dismissed after confirmation, 11/16/2007.

   3.  The Debtor paid a total of $   3750.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREENWICH FINANCE | SECURED | 6800.00 | 289.07 | 1725.36 |
| INTERNAL REVENUE SERVICE | PRIORITY | 704.67 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 90.56 | .00 | .00 |
| ASSOCIATED CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| BLUE CROSS BLUE SHIELD | UNSECURED | NOT FILED | .00 | .00 |
| GALWAY FINANCIAL SERVICE | UNSECURED | 313.75 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 552.12 | .00 | .00 |
| CHICAGO DEPARTMENT OF RE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 1590.00 | .00 | .00 |
| CNAC | UNSECURED | 6877.00 | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMPLETE ORTHOPAEDIC CAR | UNSECURED | 310.10 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 561.89 | .00 | .00 |
| KEN BORCIA | UNSECURED | 1118.51 | .00 | .00 |
| ERS | UNSECURED | 757.77 | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| FAIR COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| FIGIS INC | UNSECURED | 70.96 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 458.47 | .00 | .00 |
| GREENWICH FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| IMAGINE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3.41 | .00 | .00 |

```
LAKE COUNTY ANESTHESIOLO  UNSECURED        NOT FILED            .00           .00
REDCATS USA               UNSECURED           423.35            .00           .00
LINEBARGER GOGGAN BLAIR   UNSECURED        NOT FILED            .00           .00
LIONS MATHEMATICS & SCIE  UNSECURED        NOT FILED            .00           .00
MCM                       UNSECURED        NOT FILED            .00           .00
MERRICK BANK              UNSECURED        NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          1265.01            .00           .00
NORTHWEST PREMIUM SERVIC  UNSECURED        NOT FILED            .00           .00
OMNIUM WORLDWIDE INC      UNSECURED        NOT FILED            .00           .00
ORCHARD BANK              UNSECURED        NOT FILED            .00           .00
PEOPLES GAS               UNSECURED           414.68            .00           .00
RPM COLLECTION            UNSECURED        NOT FILED            .00           .00
ROSALIND FRANKLIN UNIV    UNSECURED        NOT FILED            .00           .00
THE WOODLANDS ON GREEN B  UNSECURED          2282.00            .00           .00
TRS RECOVERY SERVICES     UNSECURED        NOT FILED            .00           .00
TRS RECOVERY SERVICES     UNSECURED        NOT FILED            .00           .00
TRS RECOVERY SERVICES     UNSECURED        NOT FILED            .00           .00
UNITED CREDIT NATIONAL B  UNSECURED        NOT FILED            .00           .00
USFAST CASH               UNSECURED        NOT FILED            .00           .00
VAN RU CREDIT             UNSECURED        NOT FILED            .00           .00
WASHINGTON MUTUAL BANK    UNSECURED        NOT FILED            .00           .00
CONDELL MEDICAL CENTER    UNSECURED        NOT FILED            .00           .00
EMERGE MASTERCARD         UNSECURED           741.29            .00           .00
```

Summary of disbursements:

|                  | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 6800.00 | 704.67   | 17830.87  | .00   | 25335.54 |
| PRINCIPAL PAID   | 1725.36  | .00      | .00       | .00   | 1725.36  |
| INTEREST PAID    | 289.07   | .00      | .00       | .00   | 289.07   |
| TOTAL PAID       | 2014.43  | .00      | .00       | .00   | 2014.43  |

The Debtor's attorney, BURNS & WINCEK LTD         , was allowed $   2500.00 and was paid $   1572.57 .

The Trustee received $     163.00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                          PAGE   3
CASE NO. 06 B 11561 LILLIE J MORDICA
```